## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Victor Hoffmann

                Plaintiff,

v.                                             Case No.: 1:15−cv−01238
                                                      Honorable Virginia M. Kendall

Republic Mortgage Home Loans, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2015:

        MINUTE entry before the Honorable Virginia M. Kendall:The parties have informed the Magistrate Judge that they have reached a settlement. The case is dismissed without prejudice; to become with prejudice on 10/30/15. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.