IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hoffman<br><br>Plaintiff(s),<br><br>v.<br><br>Republic Mortgage Home Loans, LLC.<br><br>Defendant(s). | Case No. 15 c 1238<br>Judge Virginia M. Kendall |

## ORDER

Enter order. The Court hereby dismisses this case without prejudice and with leave to reinstate for the sole purpose of enforcing the terms of the settlement. Such dismissal will convert to a dismissal with prejudice fourteen (14) days from the date of this order. Each party shall bear its own costs and attorneys' fees.

Date: 10/20/2015

_____
Virginia M. Kendall
United States District Judge